IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NATALIE L. ANDERSON,           )
                               )
                Plaintiff,     )
                               )
v.                             )        No. CIV-10-1146-L
                               )
MICHAEL J. ASTRUE,             )
Commissioner, Social Security  )
Administration,                )
                               )
                Defendant.     )

# O R D E R

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of

the final decision of the Commissioner of the Social Security Administration denying

her application for disability insurance benefits under the Social Security Act.

Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Robert E.

Bacharach for initial decision.  On October 14, 2011, Judge Bacharach issued his

Report and Recommendation, recommending that the Commissioner's decision be

reversed and that this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and

Recommendation within the time limits prescribed.  Having conducted a de novo

review of this matter, the court finds that the Report and Recommendation should

be adopted in its entirety.  The decision of the Commissioner is therefore

REVERSED.   This matter is REMANDED to the Commissioner for further pro-

ceedings.   Judgment will issue accordingly.

It is so ordered this 9th day of November, 2011.

_Tim Leonard_

TIM LEONARD
United States District Judge